IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

FILED
99 AUG 20 PM 3: 23
U.S. DISTRICT COURT
N.D. OF ALABAMA

CALVIN B. BROOKS, )
)
    Plaintiff, )
)
vs. ) CV 99-S-0365-NE
)
DR. MOORE, NURSE ROBINSON, )
and NURSE M. H. )
)
    Defendants. )

ENTERED
AUG 20 1999

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on August 4, 1999, recommending that the defendants' motion for summary judgment be granted and this cause be dismissed with prejudice. Plaintiff filed objections on August 9, 1999. Plaintiff continues to argue that he was denied adequate medical treatment because he was not given medication when he thought he should be, for a condition he had diagnosed. The United States Supreme Court has held that it is only "deliberate indifference to serious medical needs of prisoners which will give rise to a claim of cruel and unusual punishment in violation of the Eighth Amendment." *Estelle v. Gamble*, 429 U.S. 97 (1976). "Medical treatment violates the Eighth Amendment only when it is 'so grossly incompetent, inadequate, or excessive as to shock the conscience or to be intolerable to fundamental fairness.'" *Harris v. Thigpen*, 941



F.2d 1495, 1505 (11th Cir. 1991), quoting *Rogers v. Evans*, 792 F.2d 1052, 1058 (11th Cir. 1986). Plaintiff was examined by the medical staff on numerous occasions and provided with medication as deemed necessary by trained medical personnel. The record is clear that defendants were not deliberately indifferent to plaintiff's medical complaints and conditions. Plaintiff disagrees with the treatment he received, but has failed to present any facts to show that defendants were deliberately indifferent to his serious medical needs.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections filed by the plaintiff, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and his recommendation is ACCEPTED. The Court EXPRESSLY FINDS that there are no genuine issues of material fact and that the defendants are entitled to judgment as a matter of law. Accordingly, defendants' motion for summary judgment is due to be GRANTED and this action is due to be DISMISSED WITH PREJUDICE. A Final Judgment will be entered.

DONE this the 20th day of August, 1999.

_____
UNITED STATES DISTRICT JUDGE